UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Christopher H. Aidone, | : |
| | : |
| Plaintiff, | :   NO.   3:03cv732 (MRK) |
| | : |
| v. | : |
| | : |
| | : |
| Mallory Capital Group, LLC and | : |
| A. Conrad Weymann, III., | : |
| | : |
| Defendants. | : |

## ORDER

Having considered the arguments contained in Defendants' Motion to Dismiss or, in the Alternative, to Stay Proceedings Pending Arbitration [doc. #6], as well as Plaintiff's Opposition to the Motion [doc. #21], the Court DENIES the motion to dismiss and GRANTS the motion to stay pending arbitration, insofar as Plaintiff acknowledges that "his claims are subject to NASD arbitration." The Second Circuit has made clear its preference for proceedings being stayed pending arbitration, rather than being dismissed. *Salim Oleochemicals v. M/V Shropshire*, 278 F.3d 90, 93 (2d Cir. 2002). As stated in Magistrate Judge Martinez's Order [doc. #18], Plaintiff may now seek to reinstate the Motion for Prejudgment Remedy, should it wish to do so.

In light of the Court's decision to stay the case pending arbitration, Plaintiff's Motion to Consolidate [doc. #20] is DENIED.

IT IS SO ORDERED.

/s/    Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: December 22, 2003