
Case 3:03-cv-00732-MRK   Document 26   Filed 12/24/2003   Page 1 of 1



## United States District Court
## District of Connecticut

| | |
|---|---|
| CHRISTOPHER H. AIDONE,<br>Plaintiff | CIVIL ACTION NO. 3:03CV0732(MRK) |
| VS. | |
| MALLORY CAPITAL GROUP, LLC<br>And A. CONRAD WEYMANN, III,<br>Defendants | DECEMBER 16, 2003 |

### Stipulation for Dismissal With Prejudice

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Christopher H. Aidone, and the defendants, Mallory Capital Group, LLC and A. Conrad Weymann III, stipulate that this case may be dismissed, with prejudice and without costs or fees to any party.

PLAINTIFF
CHRISTOPHER H. AIDONE

By_____
Gerald S. Sack (#ct05279)
Sack, Spector and Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119-1544
(860) 233-8251

DEFENDANTS, MALLORY CAPITAL
GROUP, LLC & A. CONRAD WEYMANN III

By_____
Conrad S. Kee (#ct16904)
Jackson Lewis LLP
177 Broad Street/PO Box 251
Stamford, CT 06904-0251
(203) 961-0404

*[Stamp: GRANTED ACCORDINGLY, U.S. District Court, Deputy Clerk]*

*[FILED stamp: Dec 24 11:25 AM '03]*

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221 • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776